UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 15 CR 119 |
| | ) | |
| STEVEN RILEY | ) | Judge Virginia M. Kendall |

**JOINT STATUS REPORT**

The UNITED STATES OF AMERICA, by Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, and defendant STEVEN RILEY, through his attorney Heather Winslow, respectively, hereby submit the following Joint Status Report.

1. On April 10, 2023, Chief Judge Pallmeyer held an in-person rule to show cause hearing in this case. R. 109. For the reasons discussed at the hearing, the Court agreed to modify defendant's conditions of release. Specifically, on April 14, 2023, the Court entered the following order modifying defendant's conditions: "On a weekly basis, defendant shall submit to Probation a log of his daily route, including addresses and telephone numbers of potential customers with whom he meets each day. The daily log shall include the approximate times that he met with each customer. Defendant shall make bi-weekly payments toward his restitution." R. 110.

2. As of May 1, 2023, defendant has not submitted a log to his Probation Officer. As a result, Probation has been unable to verify defendant's route and employment assignments.

3. Defendant made a $400 payment toward his restitution on April 10,

2023. No payments have been made since that date.

4. The parties request that an in-person hearing be scheduled to address defendant's failure to comply with his conditions of release.

                                                  Respectfully submitted,
MORRIS PASQUAL
Acting United States Attorney

By:   s/ *Elizabeth R. Pozolo*
ELIZABETH R. POZOLO
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6131

Dated: May 2, 2023